UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00244-MOC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MICHAEL KIPP | ) | |
| JOANNE VIARD, | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on the government's Motion for Alternative Victim Notification Procedures. Having considered the government's motion and reviewed the pleadings, the court enters the following Order for good cause shown.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Alternative Victim Notification Procedures (#21) is GRANTED, and the government is permitted to provide such notification in the manner outlined in the motion.

Signed: November 10, 2015

Max O. Cogburn Jr.
United States District Judge