IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:15cr244-MOC-DSC |
| v. | ) | |
| | ) | |
| (1)   MICHAEL KIPP | ) | **AMENDED SCHEDULING ORDER** |
| (2)   JOANNE VIARD | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** upon the joint Motion of the parties to amend the Scheduling Order in this matter (Doc. 86).

**IT IS THEREFORE ORDERED** that the parties' joint Motion is **GRANTED**. The Court hereby amends the Scheduling Order extending the deadline for filing Motions *in limine* from January 9, 2017 to January 11, 2017.

SO ORDERED.

Signed: January 9, 2017

David S. Cayer
United States Magistrate Judge

1