IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | DOCKET NO. 3:15cr244-MOC-DSC |
| v. | ) | |
| | ) | |
| (1)   MICHAEL KIPP | ) | **AMENDED SCHEDULING ORDER** |
| (2)   JOANNE VIARD | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** upon the joint Motion of the parties to amend the Scheduling Order in this matter (Doc. 86), as previously amended on January 9, 2017 (Doc. 124).

**IT IS THEREFORE ORDERED** that the parties' joint Motion is **GRANTED**. The Court hereby amends the Scheduling Order so that the deadline for filing motions *in limine* is extended from January 11, 2017 to January 13, 2017.

**SO ORDERED**.

Signed: January 11, 2017

David S. Cayer
United States Magistrate Judge

1